IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 13 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JEFFREY J. GOLDSMITH, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:05-CV-0081 |
| § | |
| DOUGLAS DRETKE, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge has entered an Order adopting the Report and Recommendation issued by the United States Magistrate Judge, and denying petitioner's application for a federal writ of habeas corpus.

JUDGMENT IS ENTERED ACCORDINGLY.

IT IS SO ORDERED.

ENTERED this _13th_ day of _September_ 2006.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE